No. 93–9184.  ABDUS-SABIR v. JOHNSON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–9185.  CRESCENZI v. SCHERLING ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–9186.  WHITLEY v. CITY OF TAMPA, FLORIDA, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 93–9193.  HICKS v. WRIGHT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–9195.  RICE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–9196.  ODOM v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–9197.  WASH v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 93–9199.  ALTHOFF ET VIR v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–9201.  GOSCH v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 93–9203.  GRANT v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 93–9204.  HERNANDEZ v. COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–9207.  ELLISON v. MAKEL, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–9208.  HERNANDEZ-RODRIGUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9212.  WILLIAMS v. SERVICE ELECTRICAL SUPPLY CO.  C. A. 3d Cir.  Certiorari denied.

No. 93–9214.  BOWEN v. KERNAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.